IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| AARON PEREZ-NOLASCO | Violation:  8 U.S.C. § 1326(a) |

**Reentry of Deported Alien**

The Grand Jury Charges:

On or about January 22, 2026, in the District of North Dakota,

AARON PEREZ-NOLASCO,

an alien who had previously been excluded, deported, and removed from the United States, knowingly and unlawfully was found in the United States without first obtaining the consent of the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), to reapply for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

AJS/alk